UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SONJA EMERY,

    Defendant.

Case No. 18-20240
Honorable Laurie J. Michelson

**ORDER ON DEFENDANT'S MOTION FOR TRAVEL AND
SUBSISTENCE AT GOVERNMENT'S EXPENSE [31]**

Defendant Sonja Emery has been indicted on multiple counts of wire fraud, mail fraud, corruptly endeavoring to obstruct the Internal Revenue Service, and tax evasion. (R. 30.) She was given pre-trial bond and is residing in northern California. She is scheduled to appear in this Court on October 12, 2018, for an arraignment on the Superseding Indictment and a hearing on defense counsel's motion to withdraw. Her present motion "requests . . . an order directing the U.S. Marshal to pay for transportation and subsistence expenses." (R. 31, PageID.165.) The Government does not appear to object to the Marshal covering the expenses, but seeks to ensure that the funding will not come from the U.S. Department of Justice. (R. 31, PageID.163.)

The Court grants the request to the extent authorized by 18 U.S.C. § 4285. That statute provides that when an indigent defendant is released pending a court appearance, a judge "may, when the interests of justice would be served thereby" direct the Marshal to arrange for or pay for transportation "to the place where [her] appearance is required" and "furnish [defendant] with an amount of money for subsistence expenses to [her] destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code."

Accordingly, IT IS HEREBY ORDERED that the United States Marshal Service shall provide Defendant with transportation expenses from Martinez, California to Detroit, Michigan to allow Defendant to attend the court proceedings scheduled for Friday, October 12, 2018, as well as per diem food expenses for that day of travel.

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: October 9, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, October 9, 2018, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager